JOHN B. GREENE, ESQ.
Nevada Bar No. 004279
ROBERT D. VANNAH, ESQ.
Nevada Bar No. 002503
**VANNAH & VANNAH**
400 S. Seventh Street, Suite 400
Las Vegas, Nevada 89101
Telephone (702) 369-4161
Facsimile (702) 369-0104

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SYLVIA BLAIR, an individual,

    Plaintiff,

vs.

WAL-MART STORES, INC., a Foreign Corporation; DOES I through X, inclusive; and, ROE CORPORATIONS I through X, inclusive,

    Defendants.

CASE NO.: 2:17-cv-02789-APG-NJK

**JOINT STIPULATION TO EXTEND DISCOVERY PLAN**

**Filed in Compliance with LR 26-4**

**(First Request)**

Under Local Rule 26-4, the parties, through their respective counsel, request the Court extend the discovery cutoff for forty-five (45) days for the reasons below. This is the first request for an extension of discovery deadlines.

1. **Status Report**: The parties conducted a Rule 26(f) conference on November 10, 2017, and filed a joint discovery plan and scheduling order (ECF No. 10) on November 14, 2017. On that same day, the Court set the discovery deadline for May 2, 2018. The parties served their initial disclosures and documents, and Defendant Wal-Mart Stores, Inc. served written discovery. The parties are also collecting and obtaining plaintiff's medical records. On March 5, 2018, the parties filed an interim status report, which details all discovery completed and anticipated.

This is an action alleging personal injury because of a trip and fall at Walmart. Under LR 26-

1

4, the deadline to request an extension of discovery deadlines is April 11, 2018. Due to Plaintiff's counsel having issues in calendaring, there have been delays in answers to Defendants' discovery requests. Thus causing issues to complete the remaining discovery within the deadlines. The parties request an extension of forty-five (45) days of the discovery deadline for the following reasons, which constitute excusable neglect:

Plaintiff was served with Interrogatories and Requests to Produce on December 19, 2017. For reasons that are not clear, these discovery requests were saved straight to the file, bypassing the calendaring system that had worked well for many years. It was only when counsel for Wal-Mart asked on February 12, 2018, when the responses would be forthcoming was it even realized that a calendaring snafu had taken place. Thereafter, Plaintiff's counsel engaged in a fire drill to prepare responses, which were served the week of February 26, 2018. This delay in providing responses has caused a reciprocal delay in completing discovery. This brief extension will enable the parties to complete what needs to be completed.

The parties request a forty-five-day extension to only the discovery cutt-off deafline and all subsequent deadlines. Therefore, a revised discovery plan is:

    i. **Initial Expert Disclosure:**     **March 5, 2018**

    ii. **Rebuttal Expert Disclosure:**     **April 4, 2018**

    iii. **Discovery cutoff:**     **June 18, 2018**

    iv. **Dispositive Motions:**     **July 16, 2018**

    v. **Pretrial Order**: The parties will prepare and file a consolidated pretrial order on **August 15, 2018**. But, if any dispositive motions are filed, the Joint Pretrial Order shall be due thirty days after decision of such motion(s). Disclosures under Fed. R. Civ. P. 26(a)(3) and any objections shall be included in the Joint Pretrial Order.

2. **LR 26-7(b) Certification of Counsel:** The parties have discussed the proposed discovery extension via telephone and electronic mail.

3. **Conclusion:** Based upon the foregoing, the parties respectfully request that the discovery deadline be extended as set forth above.

VANNAH & VANNAH
400 South Seventh Street, Suite 400 • Las Vegas, Nevada 89101
Telephone (702) 369-4161 • Facsimile (702) 369-0104

Dated: March 2, 2018

**VANNAH & VANNAH**

By: /s/ *John B. Greene*
John B. Greene (SBN 4279)
400 South 7th Street, Suite 400
Las Vegas, NV 89101

Attorney for Plaintiff, Sylvia Blair

Dated: March 2, 2018

**Law Offices of Charles Abbott, PC**

By: /s/ *Charles Abbott*
Charles Abbott (SBN 13811)
2150 Park Place, Suite 100
El Segundo, CA 90245

Attorney for Defendant, Wal-Mart Stores, Inc.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: March 5, 2018