UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SYLVIA BLAIR, | ) |
|                         Plaintiff(s), | ) Case No. 2:17-cv-02789-APG-NJK |
| v. | ) ORDER |
| WAL-MART STORES, INC., | ) |
|                         Defendant(s). | ) |

On March 20, 2018, Defendant filed a notice of deposition. Docket No. 16. Discovery-related documents should not be filed unless ordered by the Court. *See* Local Rule 26-8; *see also* Fed. R. Civ. P. 5(d)(1). No such order has been entered by the Court in this case. Accordingly, the Court **STRIKES** Docket No. 16, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: March 21, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge