Charles Abbott (SBN 13811)
**Law Offices of Charles Abbott, PC**
823 Las Vegas Blvd. S, Suite #280
Las Vegas, NV 89101
(702) 710-9195
cabbott@cabbottlaw.com

Ronald H. Reynolds (SBN 827)
Harrison J. Reynolds (SBN 13748)
**Reynolds & Associates**
823 Las Vegas Blvd. S., Suite #280
Las Vegas, NV 89101
(702) 445-7000
(702) 385-7743

Attorneys for Defendant, Wal-Mart Stores, Inc.

# UNITED STATES DISTRICT COURT,
# DISTRICT OF NEVADA

| | |
|---|---|
| SYLVIA BLAIR,<br><br>   Plaintiff,<br><br>  v.<br><br>WAL-MART STORES, INC., a Delaware Corporation, d/b/a Wal-Mart Neighborhood Market #3788, DOES I through X and ROE CORPORATIONS I through X, inclusive,<br><br>   Defendants. | Case Number: 2:17-cv-02789-APG-NJK<br><br>**JOINT STIPULATION TO DISMISS ACTION UNDER FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br><br>**ORDER** |

| | |
|---|---|
| 1 | Under Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties who have appeared in this action stipulate to a voluntary dismissal of this action with prejudice. All parties agreed to bear their own attorneys' fees and costs. |

Dated: July 9, 2018

**Vannah & Vannah**

By: /s/ John B. Greene
John B. Greene (SBN 004279)
400 South 7th Street, 4th Floor
Las Vegas, NV 89101

Attorney for Plaintiff, Sylvia Blair

Dated: July 9, 2018

**Law Offices of Charles Abbott, PC**

By: /s/ Charles Abbott
Charles Abbott (SBN 13811)
823 Las Vegas Blvd. S., Suite #280
Las Vegas, NV 89101

Attorney for Defendant, Wal-Mart Stores, Inc.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: July 9, 2018.